IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERTRUDE EXTEIN,

      Plaintiff,                                      No.  CIV S-06-2610 DAD

    v.

                                               <u>ORDER TO SHOW CAUSE</u>

MICHAEL J. ASTRUE,
Commissioner of Social Security, [1]

      Defendant.
_____/

        By an order filed November 28, 2006, plaintiff's request to proceed in forma pauperis was granted and plaintiff was directed to return the necessary documents for service to the United States Marshal's office within fifteen days and thereafter file a statement with the court advising the date upon which said documents were submitted.  The time period has now expired, and it has come to the court's attention that the United States Marshal is not in receipt of the necessary materials.  In addition, on November 28, 2006, the court issued a scheduling order along with a form entitled "Consent to Assignment or Request for Reassignment," which allows a party to consent to proceed before a United States Magistrate Judge, or request reassignment of this case to a United States District

---

[1] On February 12, 2007, Michael J. Astrue, became the Commissioner of Social Security.  Mr. Astrue is substituted as defendant in this suit pursuant to 42 U.S.C. § 405(g) and Fed. R. Civ. P. 25(d)(1).

1

1  Judge. Pursuant to Appendix A(j) of the Local Rules, and as directed in the "Order Re Consent or
2  Request for Reassignment" accompanying that form, all parties were to execute the form and return it
3  to the Clerk of the Court within ninety days from the date the action was filed. The Local Rules also
4  required plaintiff to serve a copy of these documents on all parties to the action and file a proof of
5  service with the court. <u>See</u> L.R., App. A(j). The required time has now expired and plaintiff has not
6  returned the necessary form to the court.

7      Accordingly, the court HEREBY ORDERS plaintiff to show cause in writing within ten
8  (10) days of the filed date of this order why this case should not be dismissed for lack of prosecution.
9  Failure to <u>timely</u> file the required writing will result in a recommendation that the case be dismissed.
10 DATED: February 27, 2007.

                                           _____
                                           DALE A. DROZD
                                           UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.socsec/extein2610.osc.ftp