IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERTRUDE EXTEIN,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

No. CIV S-06-2610 DAD

<u>ORDER</u>

        By order to show cause filed February 28, 2007, plaintiff was ordered to show cause why this case should not be dismissed for lack of prosecution. The response filed March 2, 2007 reveals that plaintiff did not comply with the court's November 28, 2006 order directing her to return the necessary documents for service to the United States Marshal's office within fifteen days and thereafter to file a statement with the court advising the date upon which said documents were submitted. Plaintiff did not seek relief from the requirements of the November 28, 2006 order and did not notify the court that she would attempt service of process by other means.

        Although plaintiff's counsel alleges that on November 30, 2006, she filed her Consent to Proceed before a United States Magistrate Judge, the docket reflects that no document was filed in this action on that date. Indeed, the docket shows that plaintiff did not file any document in this case between November 20, 2006, and March 2, 2007.

Accordingly, the court HEREBY ORDERS that:

1. The order to show cause filed February 28, 2007 is discharged; and

2. Plaintiff shall file her Consent to Proceed before a United States Magistrate Judge within ten (10) days of the filed date of this order.

DATED: March 6, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1/orders.socsec/extein2610.osc.dsch