McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
KATHERINE R. LOO
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8943
Facsimile: (415) 744-0134
E-Mail: katherine.loo@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GERTRUDE R. EXTEIN,<br><br>  Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>  Defendant. | CIVIL NO. 2:06-CV-02610 DAD<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and<br><br>REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to take the following actions:

1. Consider all medical source opinions and assess the Plaintiff's impairments on a longitudinal basis over the entire period at issue;

2. Update the treatment record;

3. If warranted and available, the ALJ will obtain evidence from a medical expert to assist in assessing the Plaintiff's status during the period at issue, including any medical improvement;

4. Give further consideration to Plaintiff's ability to do her past relevant work; and

5. If Plaintiff is unable to perform any past relevant work, the ALJ will be directed to seek assistance from a vocational expert to determine whether there are a significant number of other jobs in the national economy which she could perform. The ALJ should also ascertain that any testimony from a vocational expert is consistent with the information in the *Dictionary of Occupational Titles*

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated:  7/12/2007           /s/ Elizabeth A. Gade by Katherine R. Loo
(As authorized via facsimile on 7/12/07)
ELIZABETH A. GADE
Attorney for Plaintiff

Dated:  7/11/2007           McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

 /s/ Katherine R. Loo
KATHERINE R. LOO
Special Assistant U.S. Attorney

**ORDER**

APPROVED AND SO ORDERED.

DATED: July 13, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/extein2610.stipord.remand