```
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
KATHERINE R. LOO
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: katherine.loo@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| GERTRUDE EXTEIN,  )<br>  )<br>   Plaintiff,  )<br>  )<br>       v.  )<br>  )<br>MICHAEL J. ASTRUE,  )<br>Commissioner of  )<br>Social Security,  )<br>  )<br>   Defendant.  )<br>_____) | CIVIL NO. 2:06-CV-02610-DAD<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

    It is stipulated by the parties through their undersigned counsel, with the Court's approval, that Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of ONE THOUSAND FIVE HUNDRED SEVENTY FIVE ($1,575.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

    Payment of fees in the amount of ONE THOUSAND FIVE HUNDRED SEVENTY FIVE ($1,575.00) shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel

/////

relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

                                        Respectfully submitted,

Dated: August 2, 2007           /s/ Elizabeth L. Gade
                                        (As authorized via *facsimile)
                                        ELIZABETH L. GADE
                                        Attorney for Plaintiff

Dated: August 1, 2007           McGREGOR W. SCOTT
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        /s/ Katherine R. Loo
                                        KATHERINE R. LOO
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

                                                   ORDER

       APPROVED AND SO ORDERED.

DATED: August 3, 2007.

                                        _____
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/extein2610.stipord.attyfees